COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Andrew Darnell Sampy v. The State of Texas

Appellate case number:      01-16-00222-CR

Trial court case number:    1331137

Trial court:                209th District Court

Appellant's court-appointed counsel has filed a motion to withdraw from representation accompanied by a brief concluding that the above-referenced appeal is frivolous. *See Anders v. California*, 386 U.S. 738, 744, 87 S. Ct. 1396, 1400 (1967); *In re Schulman*, 252 S.W.3d 403, 406–08 (Tex. Crim. App. 2008).

Counsel's motion does not comply with the requirements of Texas Rule of Appellate Procedure 6.5(a), (b). Accordingly, **appellant's appointed counsel is ordered to file with the Clerk of this Court within 14 days of the date of this order an amended motion to withdraw that complies with Texas Rules of Appellate Procedure 6.5**. *See* TEX. R. APP. P. 6.5(a), (b); *In re Schulman*, 252 S.W.3d at 410.

Further, counsel has not filed a letter in accordance with *Kelly v. State*, 436 S.W.3d 313 (Tex. Crim. App. 2014), "to (1) notify [her] client of the motion to withdraw and the accompanying *Anders* brief, providing him with a copy of each, (2) inform him of his right to file a *pro se* response and of his right to review the record preparatory to filing that response, (3) inform him of his *pro se* right to seek discretionary review should the court of appeals declare his appeal frivolous," and (4) "notify [her] client that, should he wish to exercise his right to review the appellate record in preparing to file a response to the *Anders* brief, he should immediately file a motion for *pro se* access to the appellate record with the applicable court of appeals," which letter includes "a form motion . . ., lacking only the appellant's signature and the date, . . . inform[ing] the appellant that, in order to effectuate his right to review the appellate record *pro se*, should he choose to invoke it, he must sign and date the motion and send it on to the court of appeals within ten days of the date of the letter from appellate counsel." *Id.* at 319–20.

Accordingly, we **order** counsel to send a letter and a form motion, such as the motion attached to this order, to the appellant in accordance with *Kelly*. *Id.* We further order appellant's appointed counsel to notify us, in writing, that she has "(1) informed the appellant of the motion to withdraw and attendant *Anders* brief, (2) provided the appellant with the requisite copies while notifying him of his various pro se rights, and (3) supplied him with a form motion for pro se access to the appellate record." *Id.* at 320. **Counsel shall send the required letter to his client and shall file the required notice with the Clerk of this Court within 14 days of the date of this order.**

It is so ORDERED.


Judge's signature: /s/ Terry Jennings
⌧ Acting individually

Date:  October 25, 2016

Return to:
First Court of Appeals
301 Fannin Street
Houston, Texas 77002

No. 01-___-_____-CR

| | | |
|---|---|---|
| _____ | § | COURT OF APPEALS |
| | § | 1ST DISTRICT |
| The State of Texas | § | HOUSTON, TEXAS |

### Pro se Motion for Access to Appellate Record

To the Honorable Justices of Said Court:

Appellant's appointed counsel has filed a brief in the above styled and numbered cause pursuant to *Anders v. California*, 386 U.S. 738 (1967).

Appellant now moves this Court to provide him with a copy of the appellate record including the clerk's record and the court reporter's record for use in preparing his pro se response to counsel's brief.

Appellant requests an extension of time of 30 days from the granting of this motion to file a pro se response to counsel's *Anders* brief.

Respectfully submitted,


_____
Pro se Appellant
_____ Unit, TDCJ # _____
_____, Texas _____


### Certificate of Service

This is to certify that on _____, a true and correct copy of the above and foregoing document was served by mail on the Harris County District Attorney's Office at 1201 Franklin Street #600, Houston, Texas 77002.


_____
Pro se Appellant